| Date | Pleading Number | |
|---|---|---|
| 8/19/76 | | ORDER TO SHOW CAUSE -- Why Actions should not be transferred to a single district under 28 U.S.C. §1407 |
| | | A-1 through A-67 |
| 8/25/76 | | REQUEST FOR EXTENSION OF TIME -- Asbestos Corp., Ltd. -- Granted to 9/8/76 |
| 8/26/76 | | REQUEST FOR EXTENSION OF TIME -- Cassiar Asbestos, Ltd. -- Granted to 9/8/76 |
| 8/30/76 | | APPEARANCES -- Pltf. Herman Yandle by Scott Baldwin (as lead counsel) |
| | | T. E. Kelley, F. M. Baron also appeared for this pltf. but not noted on PASL) |
| | | Def. Dr. Lee Grant by Pike Powers |
| | | Pltf. Thelma E. Carr, etc. by Michael B. Serling |
| | | Intervenor American Motorists Ins. Co. by Funderburk, Powell & Gibson (A-40) |
| | | Pltfs. Sam Dolce and Edward J. Palermo by Walter Umphrey |
| | | Def. Aetna Casulaytt & Surety Co. by E. J. Hennessy |
| | | Pltf. Mrs. Olga Ann Strickland by R. L. Sharp, Jr. |
| | | Pltf. Joseph Tretter by Sandor Korein |
| | | Pltfs. Sammie L. Gray, Nicholas J. Gencarelle, Robert N. Ward, Allen D. Eleazer, Albert J. Demers, Harry E. Sjostrom, Edward C. Duzant, Charles C. Keller, Henrietta C. Brown, etc., Bennie L. Glover, Federick Paul, Omar Allvord, Edwin W. C. King, George C. Poole, Kim A. Brown and Vivian Ridenour, etc. by Melvin I. Friedman |
| | | Pltf. Jakie R. Starns, et ux. by P. T. Gillenwater |
| | | Pltfs. F. W. Farrer, E. A. Kyburz, R. L. Dickey, F. Wesber, E. B. Byerly, V. P. Viator, A. J. Gaspard, J. B. Freeman, A. J. Burke, Jr., S. Trahan, H. J. Plitt, H. P. Kirchner, J. F. Holton, James J. Rosenquist, John R. Wesberry by Marvin B. Peterson |
| | | Pltf. Austin, et al. by Karl Asch (A-16) |
| | | Petroleum Casualty Co. (A-52) by Michael F. Smith |
| | | Pltfs. Elizabeth Matthews and Corney Jeane by Marlin Thompson |
| | | Pltf. Richard Giese, et al. by Wm. R. Caroselli |
| | | Pltfs. Evelyn Roderman, etc., Betty Sedlock, etc., Rose Ann Ricci, etc., Mary C. Kearns, Mary Muntean, etc., Elmer J. Measor, John F. Burke, James E. McLaughlin, James E. McGinnis, Nellie V. Breedlove, Mary Rita McNeel, Reba Darlene Chaddock, etc., Robert J. Harter, Kenneth J Murphy, Elbert H. Steele, Harry T. McLaughlin, Wilfred R. Baumgartner by Robert E. Sweeney |
| | | Pltfs. Lester Kay, et al. v. William B. McNeece by Rex Houston |
| | | Pltf. Asbestos Textile Institute by Wendell B. Alcorn, Jr. |
| | | Def. Union Carbide Corp. by Erma G. Greenwood |
| | | Cassiar Asbestos Corp., Ltd. by William R. McGuire |
| | | Lake Asbestos of Quebec Ltd by Charles P. Caliendo |
| | | Celotex Corp. by Richard T. Reminger |
| | | Metropolitan Life Ins. Co. by Stryker, Tams & Dill |
| | | Raybestos-Manhattan, Inc. by Arnold J. Bai |
| | | Westinghouse·Electric Co., Cummins Insulation Co., J. P. Stevens, Meade Corp, Armstrong Cork Co., Eagle-Picher Industries, Inc. and Kenne Corp. by W. N. Arnold, Jr. Also rec'd app. for Cummings Insulation Co., from Joseph F. Skelley, Jr. -- For Armstrong Cork Co. by David R. Getto and Albert J. Rhoa and Kenne Corp. by Donald A. Herner, -- not included on PASL) |

| Date | Pleading Number | |
|------|------|------|
| 8/30/76 | | APPEARANCES -- (cont.) Fibreboard Corp. by Geo. A. Weller |
| | | Rockwool Mfg. Co., by William D. Vines, III |
| | | Oil, Chemical & Atomic Workers Inter'l Union and |
| | | Philip Carey Corp. by C. Edward Fowler, Jr. |
| | | Texaco, Inc. by John G. Bissell |
| | | United States of America by James P. Klapps |
| | | PPG Industries by David J. Armstrong |
| | | Forty-Eight Insulation, Inc. by Louis C. Woolf |
| | | UNARCO Industries, Inc. by C. Harker Rhodes, Jr. |
| | | Standard Asbestos Mfg. & Insulating Co. by R. D. Archibald |
| | | Nicolet, Inc. by Thomas A. Dugan |
| | | Pittsburgh Corning Corp. by Gordon R. Pate |
| | | Owens-Corning Fiberglas Corp. by David Westfall |
| | | (Also app from Robert L. Logan -- not included) |
| | | Combustion Engineering, Inc. by Robert B. Preston |
| | | Certain-Teed by Joseph J. Murphy |
| | | Johns Manville Products Corp., Johns Manville Sales Corp., |
| | | Johns Manville Corp., W. R. Goodwin, Francis H. May and |
| | | J. A. McKinney by Lively M. Wilson |
| | | General Dynamics Corp. by Hadleigh H. Howd |
| | | Flintkote Co. by Ralph W. Barbier, Jr. |
| | | Southern Asbestos Co., H. K. Porter Co., Inc. H. K. Porter, |
| | | Inc. by John R. FitzGerald |
| | | GAF Corp., and Ruberoid Co., by John W. Fowler |
| 8/30/76 | | DISMISSALS -- Carol Antholz, et al. v. Owens Corning Fiberglad Corp., et al. Minn., CA No. 5-70-105 Civil |
| | | Floyd Gustafson v. Owens Corning Fiberglas Corp., et al., Minn., CA No. 5-71-40-Civil |
| | | Lawless J. Bellot, et al. v. Fibreboard Corp., E.D. Texas, CA No. B-74-253-CA |
| 8/30/76 | | DISMISSAL -- DEF. INDUSTRIAL HEALTH FOUNDATION, INC. from Yandle v. PPG Industries and Kay v. PPG Industries. |
| 8/31/76 | 1a | RESPONSE -- NORTH AMERICAN ASBESTOC CORP., THE CAPE ASBESTOS CO., LTD. AND EGNEP w/cert. of service |
| 8/31/76 | | REQUEST FOR EXTENSION -- KEENE CORP.-- GRANTED TO 9/8/76 |
| 8/31/76 | | REQUEST FOR EXTENSION -- LAKE ASBESTOS OF QUEBEC LTD. -- Granted to 9/8/ |
| 9/1/76 | | HEARING ORDER -- Setting A-1 through A-67 for hearing Oct. 1., 1976 San Francisco, Calif. |
| 9/2/76 | | APPEARANCE -- BELL'S ASBESTOS MINES LTD. THETFORD MINES, P.Q., CANADA |
| | | William J. Brennan, III, Esquire |
| | | Vincent J. Dowling, Esquire for FERRO CORP. |
| | | John C. Patton, Esq. for Catherine Mesaros, adm |
| | | Gordon R. Pate, Esq. for Pittsburgh Corning Corp. |
| | | Richard T. Reminger, Esq. for Phillip Carey Corp. |
| | | Clyde Bracken, Esq. for Ryder Industries, Inc. |
| | | Peter A. Nass, Esq. for Clifton W. Jones |
| | | Paul E. Parker for Atlas Asbestos Co. Montreal Canada |
| | | John Fowler, Esq. for GAF Corp. |
| | | Gene Caldwell, Esq. for Texas General Indemnity Co. |
| 9/2/76 | 1 | RESPONSE -- NORTHERN DISTRICT OF OHIO PLAINTIFFS |
| 9/2/76 | 2 | RESPONSE -- Richard Giese, et al. |
| 9/2/76 | 3 | RESPONSE -- Herman Yandel, et al. |
| 9/2/76 | 4 | RESPONSE -- Ryder Industries, Inc. w/cert. of service |
| 9/2/76 | 5 | RESPONSE -- Oil, Chemical and Atomic Workers International Union w/cert. of service |
| 9/2/76 | 6 | RESPONSE -- Floyd Gustafson w/cert. of service |
| 9/2/76 | | RESPONSE REQUEST FOR EXTENSION -- UNARCO -- DENIED GRANTED TO SEP. 8, ONLY' |

3

| Date | Pleading Number | |
|---|---|---|
| 9/3/76 | | APPEARANCES -- GEORGE E. MURPHY, ESQ. for TRAVELERS INS. CO. |
| | | UPDIKE, KELLY & SPELLACY for AMERICAN ASBESTOS TEXTILE COR |
| | | THOMAS F. CAMPION, ESQ. FOR ASBESTOS CORP. LTD. |
| 9/7/76 | 7 | RESPONSE -- CONNECTICUT PLAINTIFFS w/cert. of service |
| 9/7/76 | 8 | RESPONSE -- PITTSBURGH CORNING CORP. w/cert. of service |
| 9/7/76 | 9 | RESPONSE -- DR. LEE GRANT w/cert. of service |
| 9/7/76 | 10 | RESPONSE -- PPG INDUSTRIES  w/cert. of service |
| 9/7/76 | 11 | RESPONSE -- CORNEY JEANE AND ELIZABETH MATTHEWS w/cert. of service |
| 9/7/76 | 12 | RESPONSE -- GLEN ALDEN AND/OR RAPID AMERICAN w/cert. of service |
| 9/7/76 | 13 | RESPONSE -- HERMAN YANDLE, ET AL., LESTER KAY, ET AL. w/statement of presiding judge |
| 9/7/76 | 14 | RESPONSE -- CLAUDE A. DUNN, ET AL. (sixteen cases consolidated in S.D. Texas under 73-H-1072)  w/cert. of service |
| 9/7/76 | 15 | RESPONSE -- PHILLIP CAREY CORP. w/cert. of service |
| 9/7/76 | 16 | RESPONSE -- CHARLIE LEE AUSTIN, ET AL. w/cert. of service |
| 9/7/76 | 17 | RESPONSE -- UNARCO INDUSTRIES, INC.  w/cert. of service |
| 9/7/76 | 18 | RESPONSE -- ARMSTRONG CORK CO., EAGLE PICHER IND., INC., WESTINGHOUSE ELECTRIC, KEENE CORP., J.P. STEVENS & CO., MEAD CORP. CUMMINS INSULATION CO. w/cert. of service |
| 9/7/76 | 19 | RESPONSE -- TEXAS GENERAL INDEMNITY CO.  w/cert. of service |
| 9/7/76 | 20 | RESPONSE -- COMBUSTION ENGINEERING, INC.  w/cert. of service |
| 9/7/76 | 21 | RESPONSE -- UNITED STATES OF AMERICA  w/cert. of service |
| 9/7/76 | 22 | RESPONSE -- ROCK WOOK MFG. CO. w/cert. of service |
| 9/7/76 | 23 | RESPONSE -- CELOTEX CORP. w/cert. of service |
| 9/7/76 | 24 | RESPONSE -- RAYBESTOS-MANHATTAN, INC. w/cert. of service |
| 9/7/76 | 25 | RESPONSE -- FIBREBOARD CORP. w/cert. of service |
| 9/7/76 | 26 | RESPONSE -- FORTY-EIGHT INSULATION, INC. w/cert. of service |
| 9/7/76 | 27 | RESPONSE -- UNIROYAL, INC.  w/cert. of service |
| 9/7/76 | 28 | RESPONSE -- NICOLET, INC.  w/cert. of service |
| 9/7/76 | 29 | RESPONSE -- LESTER KAY, ET AL. AND WILLIAM B. MCNEESE, JR. |
| 9/8/76 | 30 | RESPONSE -- GAF CORP.  w/cert. of service |
| 9/8/76 | 31 | RESPONSE -- BELLS ASBESTOS MINES, LTD.  W/cert. of service |
| 9/8/76 | 32 | RESPONSE -- FLINTKOTE CO.  W/cert. of service |
| 9/8/76 | 33 | RESPONSE -- (AFFIDAVIT) RAYBESTOS - MANHATTAN, INC.  W/cert. of service |
| 9/8/76 | 34 | RESPONSE -- METROPOLITAN LIFE INS. CO.  W/cert. of service |
| 9/8/76 | 35 | RESPONSE -- JOHNS-MANVILLE PRODUCTS CORP., JOHNS MANVILLE SALES CORP. JOHN MANVILLE CORP., W. R. GOODWIN, FRANCIS H. MAY, JR. A. MCKINNEY  W/cert. of service |
| 9/8/76 | 36 | RESPONSE -- CASSIAR ASBESTOS CORP., LTD.  W/cert. of service |
| 9/9/76 | 37 | RESPONSE -- ASBESTOS TEXTILE INSTITUTE w/cert. of service |
| 9/9/76 | 38 | RESPONSE -- ASBESTOS CORP. LTD. w/cert. of service |
| 9/9/76 | 39 | RESPONSE -- STANDARD ASBESTOS MFG AND INSULATING CO. w/cert. of service |
| 9/9/76 | 40 | RESPONSE -- CERTAIN-TEED PRODUCTS CORP. w/cert. of service |
| 9/10/76 | 41 | RESPONSE -- LAKE ASBESTOS OF QUBEC, LTD. w/cert. of service |
| 9/10/76 | 42 | RESPONSE -- UNION CARBIDE w/cert. of service |
| 9/13/76 | 43 | RESPONSE -- ATLAS ASBESTOS CO. w/cert. of service |
| 9/14/76 | | APPEARANCES -- Correction for add. of counsel for Northern American Asbestos Corp., Cape Asbestos & Egnep |
| | | Correction for counsel of Laek Asbestos of Quebec Ltd. |
| | | Correction for Pltfs. Dunn and Luker (A-50 & 51) |
| | | D. L. James for GLEN ALDEN/RAPID AMERICAN |
| | | W. H. Wallace for  FLINTKOTE CO. |
| | | R. L. Logan for OWENS-CORNING FIBERGLAS CORP. |
| | | R. G. Montstream for EASTERN REFRACTORIES CO., INC. |
| | | T. J. Shortell for AMERICAN ASBESTOS TEXTILE CORP. |

4

| Date | Pleading Number | |
|------|------|------|
| 9/15/76 | 44 | BRIEF -- Connecticud Defendants H. K. Porter, Inc., Southern Asbestos Company and Cummings Insulation Co. w/cert. of service. |
| 9/15/76 | 45 | BRIEF -- Certain-Teed Products Corp. w/cert. of service |
| 9/16/76 | | ORDER -- Deleting A-13 Antholz v. Fibreboard, et al., D. Minn., C.A. No. 5-70-Civ. 105 and A43 Bellott v. Fibreboard, et al., E.D. Texas, C.A. No. B-74-253-CA |
| 9/16/76 | | LETTER -- JOINDER IN RESPONSE -- No. 29 (WILLIAM B. MCNEECE, JR.) No Service Indicated |
| 9/16/76 | 46 | RESPONSE -- GENERAL DYNAMICS CORP. w/cert. of service |
| 9/17/76 | 47 | RESPONSE -- JOSEPH TRETTER -- w/cert. of service |
| 9/17/76 | 48 | RESPONSE -- WESTINGHOUSE ELECTRIC  w/cert. of service |
| 9/20/76 | 49 | RESPONSE -- SAM DOLCE AND EDWARD J. PALERMO w/cert. of service |
| 9/24/76 | | ORDER -- VACATING HEARING SET FOR OCT. 1, 1976, San Francisco, Calif. ALSO INSTRUCTS COUNSEL TO NOTIFY PANEL OF ADDITIONAL ACTIONS PENDING. |
| 9/27/76 | 50 | RESPONSE -- DEFENSE APPARAL w/cert. of service |
| 10/5/76 | | HEARING ORDER Setting A-1 through A-62 for hearing in Washington, D.C. October 29, 1976 |
| 10/8/76 | | LETTERS FROM COUNSEL NOTIFYING PANEL OF ADDITIONAL ACTIONS |
| 10/8/76 | | ORDER AMENDING HEARING ORDER OF OCT. 5, 1976 and ORDER TO SHOW CAUSE OF AUGUST 19, 1976 adding B-1 through B-38.  Notified counsel and involved judges. |
| 10/12/76 | 51 | Ltr. Response, Defense Apparel, Inc. (no service made) |
| 10/15/76 | | ORDER AMENDING SHOW CAUSE ORDER AND HEARING ORDER TO ADD C-1 Argeskie, et v. Johns Manville Products, Corp., et al., D. N.J., 76-735 |
| 10/15/76 | 52 | RESPONSE -- RUBY STANCIL (B-38) |
| 10/15/76 | | APPEARANCE -- PAUL JENSEN for Ruby Stancil |
| 10/15/76 | | APPEARANCE -- FREDERICK M. BARON, ESQ. -- LOPEZ, BENDER, JOYNER & HUTSON |
| 10/15/76 | | APPEARANCE -- DAVID F. BINDER, ESQ. for RICHARD J. PASTOR |
| 10/15/76 | | APPEARANCE -- TERRY E. RICHARDSON for BROWN, DUCAN, TAYLOR, QUATTLEBAUM TAYLOR |
| 10/15/76 | | GAF LETTER -- Listing actions filed against GAF |
| 10/18/76 | 53 | RESPONSE -- SAM DOLCE   and EDWARD PALMERO |
| 10/22/76 | | LETTER -- COUNSEL FOR JOHNS MANVILLE CORP. listing actions against Johns-Manville |
| 10/22/76 | | APPEARANCE -- Patrick T. Folley, Esq. for Raymond Burrowes and Norman Nichols |
| 10/22/76 | | APPEARANCE -- Daniel H. Johnston, Jr., Esq. for CAREY CANADIAN |
| 10/22/76 | 54 | RESPONSE --  SOUTH CAROLINA PLAINTIFFS w/cert. of service |
| 10/22/76 | 55 | RESPONSE -- CAREY CANADIAN, LTD. w/cert. of service |
| 10/26/76 | 56 | RESPONSE -- NICOLET IND. (Keasbey Mattison) w/cert. of service |
| 10/26/76 | | APPEARANCE -- TOM B. RAMEY, JR., ESQ. for Nicolet Ind. (Keasbey-Mattison) |
| 10/26/76 | 57 | RESPONSE -- WAYNE JOHNSON w/cert. of service |
| 10/27/76 | 58 | RESPONSE -- REXPRESTONXXXXXXE PRESTON A. VICE w/cert. of service |
| 10/27/76 | | APPEARANCE -- PAUL D. SE SHERR for WAYNE JOHNSON, ET AL. |
| 10/27/76 | | APPEARANCE -- Francis J. Wynn, Esq. for ALPHA ASSOCIATES, INC. |
| XXXXXXEX | XXXXX | XXEEEEXXNEEXXXXXXXXXXXXXXXXXXYXXXX HXXAEEXXEEXXXXXXXXEXXXXXXXXXXXXXXXXXXX |
| 10/27/76 | | APPEARANCE -- HOWARD G. GOLDBERG, ESQ. FOR GORDON C. MUYLEART |
| 10/27/76 | | LETTER -- ROCKWOOL MFG. CO. -- Notifying Panel of additional action |
| 10/29/76 | | LETTER -- LIVELY M. WILSON notification of additional action |
| 12/7/76 | | LETTER -- William D. Vines, II -- Notification of additional action |
| 12/22/76 | | LETTER -- Robert B. Preston -- Notification of additional actions |
| 1/21/77 | | LETTER -- William D. Vines, III, Robert B. Preston, and XXXXXXXXXXXXXX re:  Notification of additional actions |

5

| Date | Pleading Number | |
|------|------|------|
| 1/25/77 | | NOTIFICATION OF ADDITIONAL ACTION -- COMBUSTION ENGINEERING, Inc. |
| | | Lopez v. Armstrong Cork, Co., D.F.Fla., 76-1411 |
| 2/23/77 | | NOTIFICATION OF ADDITIONAL ACTIONS -- William D. Vines, II, ROCK WOOL |
| | | Cohen v. Combustion Eng., E.D.N.Y., 77 C157 |
| | | Turley v. Combustion Engineering, N.D.Ga., C76-108G |
| 3/10/77 | | NOTIFICATION OF RELATED ACTIONS -- from William D. Vines and |
| | | Robert D. Preston |
| 3/21/77 | | NOTIFICATION OF RELATED ACTIONS -- from William D. Vines and |
| | | Robert D. Preston |
| 4/7/77 | | OPINION AND ORDER -- denying transfer of litigation. |
| 4/11/77 | | NOTIFICATION OF RELATED ACTIONS -- from Robert B. Preston and William |
| | | D. Vines, III |

DOCKET NO. 269   -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

## IN RE ASBESTOS AND ASBESTOS INSULATION MATERIAL PRODUCTS LIABILITY LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) _____

Date(s) of Opinion(s) or Order(s) 4/7/77 _____

Consolidation Ordered _____      Name of Transferee Judge _____

Consolidation Denied ✓           Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sammie L. Gray, etc. v. General Dynamics Corp., et al. | D. Conn. Blumenfeld | H75-327 | | | | |
| A-2 | Nicholas J. Gencarelle v. Johns-Manville Corp., et al. | D. Conn. Blumenfeld | H76-53 | | | | |
| A-3 | Robert N. Ward v. Johns-Manville Corp., et al. | D. Conn. Blumenfeld | H76-54 | | | | |
| A-4 | Allen D. Eleazer v. Johns-Manville Corp., et al. | D. Conn. Blumenfeld | H76-55 | | | | |
| A-5 | Albert J. Demers v. Johns-Manville Corp., et al. | D. Conn. Blumenfeld | H76-56 | | | | |
| A-6 | Harry E. Sjostrom v. Johns-Manville Corp., et al. | D. Conn. Blumenfeld | H76-57 | | | | |
| A-7 | Edward C. Duzant v. Johns-Manville Corp., et al. | D. Conn. Blumenfeld | H76-58 | | | | |
| A-8 | Charles C. Keeler v. Johns-Manville Corp., et al. | D. Conn. Blumenfeld | H76-59 | | | | |
| A-9 | Henrietta C. Brown, etc. v. Johns-Manville Corp., et al. | D. Conn. Blumenfeld | H76-60 | | | | |
| A-10 | Bennie L. Glover v. Johns-Manville Corp., et al. | D. Conn. Blumenfeld | H76-61 | | | | |
| A-11 | Clifton W. JOnes, Sr. v. W. R. Goodwin, etc., et al. | E.D. La. Sear | 75-2165 Sec. G | | | | |
| A-12 | Thelma E. Carr, etc. v. Combustion Engineering Inc., et al. | E.D.Mich. Pratt | 75-72332 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Carol Antholz, etc. v. Fibreboard Paper Products Corp., et al. | D. Minn Lord | 5-70-Civ. 105 | *Dismissed 9/20/72* | *to Minn* | | *deleted 9/16/76* |
| A-14 | Floyd Gustafson v. Fibreboard Paper Products Corp., et al. | D. Minn Lord | 5-71 Civ 40 | *Dismissed* | *11/7/73* | *to Minn* | |
| A-15 | Joseph Tretter V. Johns-Manville Corp., et al. | E.D. Mo. Meredith | 76-86C(1) | | | | |
| A-16 | Charlie Lee Austin, et al. v. Bell Asbestos Mines Co., et al. | D. N. J. Whipple | 75-754 | | | | |
| A-17 | Catherine Mesaros, etc. v. Johns-Manville Corp., et al. | D. N. J. Whipple | 75-1049 | | | | |
| A-18 | Lonzo Murray, et al. v. Bell's Asbestos, et al. | D. N.J. Fisher | 75-1475 | | | | |
| A-19 | Evelyn Roderman, etc. v. Combustion Engineering, Inc., et al. | N.D. Ohio Green | C72-390 | | | | |
| A-20 | Betty Sedlock, etc. v. Combustion Engineering Inc., et al. | N.D. Ohio Green | C72-395 | | | | |
| A-21 | Rose Ann Ricci, etc. v. Combustion Engineering Inc., et al. | N.D.Ohio Green | C72-507 | | | | |
| A-22 | Mary C. Kearns, etc. v. Combustion Engineering Inc., et al. | N.D. Ohio Green | C73-70 | | | | |
| A-23 | Mary Muntean, etc. v. Combustion Engineering, Inc., et al. | N.D. Ohio Green | C73-199 | | | | |
| A-24 | Elmer J. Measor v. Combustion Engineering, Inc., et al. | N.D.Ohio Green | C73-238 | | | | |
| A-25 | John P. Burke v. Combustion Engineering, Inc., et al. | N.D.Ohio Green | C73-239 | | | | |
| A-26 | James E. McLaughlin v. Combustion Engineering, Inc., et al. | N.D. Ohio Manos | C74-923 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-27 | James P. McGinnis v. Combustion Engineering, Inc., et al. | N.D.Ohio Green | C74-1077 | | | | |
| A-28 | Nellie V. Breedlove, etc. v. Combustion Engineering, Inc.,et al. | N.D. Ohio Green | C74-1130 | | | | |
| A-29 | Mary Rita McNeeley, etc. v. Combustion Engineering, Inc., et al | N.D. Ohio Manos | C75-74 | | | | |
| A-30 | Reba Darlene Chaddock, etc. v. Combustion Engineering, Inc., et al. | N.D. Ohio Green | C75-102 | | | | |
| A-31 | Elbert H. Steele v. Combustion Engineering, Inc., et al. | N.D.Ohio Green | C75-359 | | | | |
| A-32 | Harry T. McLaughlin v. Combustion Engineering, Inc.,et al. | N.D.Ohio Green | C75-377 | | | | |
| A-33 | Robert J. Harter v. Combustion Engineering, Inc., et al. | N.D. Ohio Green | C75-452 | | | | |
| A-34 | Kenneth J. Murphy v. Combustion | N.D. Ohio Green | C75-453 | | | | |
| A-35 | Roy E. Mellott v. Johns-Manville Products Corp., et al. | N.D.Ohio Manos | C75-1058 | | | | |
| A-36 | Wilfred R. Baumgartner v. Combustion Engineering, Inc., et al. | N.D. Ohio Manos | C75-1057 | | | | |
| A-37 | Jesse Ellender Starnes, etc. v. Combustion Engineering, Inc., et al. | N.D. Ohio Manos | C76-46 | | | | |
| A-38 | Richard Giese, et al. v. Raybestos Manhatten, Inc. | W.D.Pa. Marsh | 75-1385 | | | | |

DOCKET NO. 269 (CONTINUED)                                    PAGE ___4___

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-39 | Jakie R. Starnes, et al. v. Combustion Engineering, Inc., et al. | E.D.Tenn Neese | 75-122 | | | | |
| A-40 | Elizabeth Matthews, et al. v. Fibreboard Paper Products Corp. | E.D.Tex Steger | B-73-309-CA | | | | |
| A-41 | Herman Yandle, et al. v. PPG Industries, Inc., et al. | E.D.Tex Steger | TY-74-3-CA | | | | |
| A-42 | Lester Kay v. PPG Industries, Inc., et al. | E.D.Tex Steger | TY-74-13-CA | | | | delete HO 9/10/74 |
| A-43 | Lawless J. Bellott, et al. v. Fibreboard Corp., etal. | E.D.Tex Steger | B-74-253-CA | | | | |
| A-44 | Corney Jeane v. Fibreboard Corp., et al. | E.D.Tex Fisher | B-74-337-CA | | | | |
| A-45 | William B. McNeece, Jr., et al. v. United States of America | E.D.Tex Steger | TY-75-22-CA | | | | |
| A-46 | Howard W. Boyd v. Owens-Corning Fibreglas Corp., et al. | E.D.Tex Justice | S-75-58-CA | | | | |
| A-47 | Sam Dolce v. Fibreboard Paper Corp., et al. | E.D.Tex Steger | B-75-191-CA | | | | |
| A-48 | Edward J. Palermo v. Fibreboard Paper Corp., et al. | E.D.Tex Fisher | B-75-192-CA | | | | |
| A-49 | Claude J. Talbot v. Fibreboard Paper Products Corp., et al. | E.D.Tex Fisher | B-75-391-CA | | | | |
| A-50 | Claude A. Dunn v. Johns-Manville International Corp., et al. | S.D.Tex Hannay | 73-H-1072 | | | | |
| A-51 | William D. Luker, Sr., et al. v. Johns-Manville International Corp., et al. | S.D.Tex Hannay | 75-H-342 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-52 | Olga Ann Strickland, et al. v. Johns-Manville INternational Corp., et al. | S.D.Tex Hannay | 75-H-492 | | | | |
| A-53 | F. W. Farrar v. Standard Asbestos Manuf. & Insulating Co., et al. | S.D. Tex Hannay | 75-H-862 | | | | |
| A-54 | E. A. Kyburz, Jr., v . Standard Asbestos Manf. & Insulating Co., et al. | S.D. Tex Hannay | 75-H-863 | | | | |
| A-55 | R. L. Dickey v. Standard Asbestos Manf. & Insulating Co., et al. | S.D.Tex Hannay | 75-H-864 | | | | |
| A-56 | F. Wesberry v. Standard Asbestos Manf. & Insulating Co., et al. | S.D.Tex Hannay | 75-H-865 | | | | |
| A-57 | E. B. Byerly v. Standard Asbestos Manf. & Insulating Co., et al. | S.D.Tex Hannay | 75-H-866 | | | | |
| A-58 | V. P. Viator v. Standard Asbestos Manf. & Insulating Co., et al. | S.D.Tex Hannay | 75-H-867 | | | | |
| A-59 | A. J. Gaspard v. Standard Asbestos Manf. & Insulating Co., et al. | S.D.Tex Hannay | 75-H-868 | | | | |
| A-60 | J. B. Freeman v. Standard Asbestos Manf. & Insulating Co., et al. | S.D.Tex Hannay | 75-H-869 | | | | |
| A-61 | A. J. Burke, Jr. v. Standard Asbestos Manf. & Insulating Co., et al. | S.D.Tex Hannay | 75-H-870 | | | | |
| A-62 | S. Trahan v. Standard Asbestos Manf & Insulating Co., et al. | S.D.Tex Hannay | 75-H-905 | | | | |

DOCKET NO. 269 (CONTINUED)                    PAGE  6

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-63 | H. J. Plitt v. Standard Asbestos Manf & Insulating Co., et al. | S.D.Tex Hannay | 75-H-906 | | | | |
| A-64 | H. P. Kirchner v. Standard Asbestos Manf & Insulating Co., et al. | S.D.Tex Hannay | 75-H-1634 | | | | |
| A-65 | J. F. Holton v. Standard Asbestos Manf. & Insulating Co., et al. | S.D.Tex Hannay | 75-H-1635 | | | | |
| A-66 | James J. Rosenquest v. Standard Asbestos Manf & Insulating Co., et al. | S.D.Tex Hannay | 76-H-115 | | | | |
| A-67 | John R. Wesberry v. Standard Asbestos Manf. & Insulating Co., et al. | S.D.Tex Hannay | 76-H-116 | | | | |

DOCKET NO. 269  --  IN RE ASBESTOS AND ASBESTOS MATERIAL PRODUCTS LIABILITY LITIGATION  -- P.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Kim A. Brown v. General Dynamics Corp., et al. | D.Conn. Blumenfeld | H76-325 | | | | |
| B-2 | Vivian L. Ridenour, etc. v. Johns-Manville Corp., et al. | D. Conn Blumenfeld | H76-326 | | | | |
| B-3 | Frederick Paul v. Johns-Manville Corp., et al. | D.Conn. Blumenfeld | H76-332 | | | | |
| B-4 | Omar Allvord v. Johns-Manville Corp. et al. | D.Conn Blumenfeld | H76-333 | | | | |
| B-5 | Edwin W. C. King v. Johns-Manville Corp., et al. | D. Conn Blumenfeld | H76-337 | | | | |
| B-6 | George W. Poole v. Johns-Manville Corp., et al. | D. Conn | H76-338 | | | | |
| B-7 | Evellio Lopez, et al. v. Armstrong Cork Co., et al. | S.D.Fla King | 75-1365-Civ-JLK | | | | |
| B-8 | Charles Bender v. Armstrong Cork Co., et al. | S.D.Fla King | 75-2578-Civ-JLK | | | | |
| B-9 | Moses Joyner v. Armstrong Cork Co. et al. | S.D.Fla. King | 75-2581-Civ-JLK | | | | |
| B-10 | Ruth Strange Hutson, etc. v. Armstrong Cork Co., et al. | S.D.Fla. King | 76-53-Civ-JLK | | | | |
| B-11 | Elizabeth J. Hallinan, etc. v. Combustion Engineering, Inc., et al. | S.D.Ind. Noland | EV75-25-C | | | | |
| B-12 | Emma Ryder, etc. v. Johns-Manville Products Corp. | E.D.Ill Foreman | 763110 | | | | |
| B-13 | Hattie Phelps, etc. v. Combustion Engineering, Inc., et al. | E.D.Ill Juergens | 76044012 | | | | |

DOCKET NO. 269 -- IN RE ASBESTOS AND ASBESTOS MATERIAL PRODUCTS LIABILITY LITIGATION -- P. 8

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-14 | Gordon C. Muylert, etc. v. Atlas Asbestos Corp. | D. Md. Northrop | N76-1339 | | | | |
| B-15 | Wayne Johnson v. Johns-Manville Products Corp. | E.D.Mich Churchill | 670876 | | | | |
| B-16 | Raymond Burownes v. Johns-Manville Products Corp. | D. Mont. Battin | CV-76-0060-BLG | | | | |
| B-17 | Norman Nicholas v. Johns-Manville Products Corp. | D. Mont Battin | CV-76-91-BLG | | | | |
| B-18 | Lillian Cicero, etc. v. Johns-Mansville Products Corp., et al. | D. N.J. Whipple | 76-1488 | | | | |
| B-19 | Jennie Consalvo, etc. v. Johns-Mansville Products Corp. | D.N.J. Whipple | 75-1641 | | | | |
| B-20 | John McKimmie v. Combustion Engineering, Inc., et al. | N.D. Ohio Manos | C76-180 | | | | |
| B-21 | Frank R. Allore v. Combustion Engineering, et al. | N.D.Oh Manos | C76-447 | | | | |
| B-22 | Billy Joe Starnes v. Combustion Engineering, et al. | N.D.OH Manos | C76-882 | | | | |
| B-23 | Earl Jackson Grice v. Combustion Engineering, et al. | N.D.OH Manos | C76-883 | | | | |
| B-24 | Richard J. Pastor, etc. v. Johns-Manville Corp., et al. | E.D.Pa. Fullam | 75-3282 | | | | |
| B-25 | Doris A. Graham, etc. v. Johns-Mansville Corp., et al. | D. R.I. Day | 76-0090 | | | | |
| B-26 | Donald Brown Clarry v. Combustion Engineering, et al. | D.S.C. Chapman | 76-1162 | | | | |
| B-27 | Wayne B. Duncan v. Combustion Engineering, et al. | D. S.C. Chapman | 76-1249 | | | | |

DOCKET NO. 269   --  IN RE ASBESTOS AND ASBESTOS MATERIAL PRODUCTS LIABILITY LITIGATION   -- P.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-28 | Margaret F. Taylor v. Combustion Engineering, et al. | D. S.C. Chapman | 76-1247 | | | | |
| B-29 | Sara M. Taylor v. Combustion Engineering, et al. | D.S.C. | 76-1241 | | | | |
| B-30 | Robert W. Quattelbaum v. Combustion Engineering, et al. | D. S.C. Chapman | 76-1239 | | | | |
| B-31 | Bobby R. Taylor v. Combustion Engineering, et al. | D. S.C. | 76-1210 | | | | |
| B-32 | Harold Lee Taylor v. Combustion Engineering, et al. | D.S.C. Chapman | 76-1208 | | | | |
| B-33 | Preston A. Vice v. Fibreboard Corp., et al. | E.D.Tex Steger | B-76-115-CA | | | | |
| B-34 | A. E. Condray v. Fibreboard Corp. et al. | E.D.Tex Fisher | B-76-108-CA | | | | |
| B-35 | Clifton C. Corkran v. Fibreboard Corp., et al. | E.D.Tex Steger | B-76-128-CA | | | | |
| B-36 | Fannie Wilks, etc. v. Combustion Engineering, Inc., et al. | S.D.West Virginia HADEN | 75-0023-H | | | | |
| B-37 | Clarence Simpson v. Owens Corning Fibreglas, et al. | S.D.Tex O'Connor | 76-H-1499 | | | | |
| B-38 | Ruby Stancil, et al. v. Southern Asbestos Co., et al. | S.D.Tex Singleton | 74-H-1069 | | | | |
| C-1 | John Argeskie, et al. v. JOhns-Manville Products Corp., et al. | D. N.J. | 76-735 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 269 --  IN RE ASBESTOS AND ASBESTOS INSULATION MATERIAL

PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| SAMMIE L. GRAY, ETC.  (A-1)<br>NICHOLAS J. GENCARELLE (A-2)<br>ROBERT N. WARD (A-3)<br>ALLEN D. ELEAZER (A-4)<br>ALBERT J. DEMERS (A-5)<br>HARRY E. SJOSTROM (A-6)<br>EDWARD C. DUZANT (A-7)<br>CHARLES C. KEELER (A-8)<br>HENRIETTA C. BROWN, ETC.  (A-9)<br>BENNIE L. GLOVER (A-10)<br>Melvin Friedman, Esquire<br>Kreindler & Kreindler<br>99 Park Avenue<br>New York, New York   10016 | JOHNS MANSVILLE PRODUCTS CORPORATION<br>JOHNS MANSVILLE SALES CORPORATION<br>JOHNS MANSVILLE CORPORATION<br>W. R. GOODWIN<br>FRANCIS H. MAY<br>J. A. McKINNEY<br>Lively M. Wilson, Esquire<br>Stites, McElwain & Fowler<br>3400 First National Tower<br>Louisville, KY  40202 |
| CLIFTON W. JONES, SR. (A-11)<br>Peter A. Nass, Esquire<br>628 Whitney Building<br>New Orleans, LA  70120 | PITTSBURGH CORNING CORPORATION<br>Gordon R. Pate, Esquire<br>1119 Beaumont Savings Building<br>Beaumont, Texas  77701 |
| THELMA E. CARR, ETC. (A-12)<br>Michael B. Serling, Esquire<br>30555 Southfield Road, Suite 300<br>Soithfield, Michigan  48076 | OWENS-CORNING FIBERGLAS CORPORATION<br>Robert L. Logan, Jr., Esq.<br>Owens-Corning Fiberglas Corp.<br>Fiberglas Tower<br>Toledo, Ohio  43659 |
| JOSEPH TRETTER (A-15)<br>Sandor Korein, Esquire<br>Cohn, Carr, Korein, Kunin & Brennan<br>412 Missouri Avenue<br>East St. Louis, Illinois  62201 | STANDARD ASBESTOS & MANUFACTURING<br>   & INSULATING CO.<br>Robert D. Archibald, Esquire<br>McNeal, Schick & Archibald<br>520  Williamson Building<br>Cleveland, Ohio  44114 |
| CHARLIE LEE AUSTIN, ET AL. (A-16)<br>Karl Asch, Esquire<br>Gelman & Gelman<br>45 Church Street<br>Paterson, New Jersey  07505 | PHILIP CAREY CORP.<br>CELOTEX CORPORATION<br>Richard T. Reminger, Esquire<br>Reminger & Reminger Co., L.P.A.<br>731 Leader Building<br>Cleveland, Ohio  44114 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p.   2

DOCKET NO.   269   -- ASBESTOS & ASBESTOS INSULATION MATERIAL PRODUCTS LIABILITY

CATHERINE MESAROS (A-17)
John E. Patton, Esquire
Gaccione & Pomaco
484 Washington Ave.
Belleville, New Jersey  07109

LONZO MURRAY, ET AL.  (A-18)
Leroy C. Gipson, Jr., Esquire
128 E. Second  Street
Post Office Box 611
Plainfield, New Jersey  07061

EVELYN RODERMAN  (A-19)
BETTY SEDLOCK, ETC. (A-20)
ROSE ANN RICCI, ETC.  (A-21)
MARY C. KEARNS, ETC.  (A-22)
MARY MUNTEAN  (A-23)
ELMER J. MEASOR  (A-24)
JOHN F. BURKE  (A-25)
JAMES E. McLAUGHLIN  (A-26)
JAMES P. McGINNIS (A-27)
NELLIE V. BREEDLOVE, ETC.  (A-28)
MARY RITA McNEELEY  (A-29)
REBA DARLENE CHADDOCK (A-30)
ELBERT H. STEELE (A-31)
HARRY T. McLAUGHLIN  (A-32)
ROBERT J. HARTER  (A-33)
KENNETH J. MURPHY (A-34)
ROY E. MELLOTT  (A-35)
WILFRED R. BAUMGARTNER  (A-36)
JESSIE ELLANDER STARNES, ETC. (A-37)
Robert E. Sweeney, Esquire
Sweeney, Mahon & Vlad
1205 Bond Court Building
Cleveland, Ohio  44114

RICHARD GIESE, ET AL. (A-38)
William R. Caroselli, Esquire
McArdle, Henderson, Caroselli,
   Spagnolli & Beachler
1100 Law & Finance Building
Pittsburgh, PA  15219

UNARCO INDUSTRIES, INC. (Union Asbestos
   & Rubber Co.)
C. Harker Rhodes, Jr., Esquire
Sonneschein, Carlin, Nath & Rosenthal
8000 Sears Tower
Chicago, Illinois  60606

NICOLET
Thomas A. Dugan, Esquire
Ulmer, Berne, Laronge, Glickman & Curtis
900 Bond Court Building
Cleveland, Ohio  44114

RAYBESTOS MANHATTAN, INC.
Arnold J. Bai, Esquire
Bai, Pollock & Dunnigan
10 Middle Street
Bridgeport, Connecticut

COMBUSTION ENGINEERING
Robert B. Preston, Esquire
Arter & Hadden
1144 Union Commerce Building
Cleveland, Ohio  44115

GAF CORPORATION
Warner E. George, Esq.
McCutchen, Doyle, Brown & Enersen
28th Fl, 3 Embarcadero Center
San Francisco, CA  94111

NATIONAL GYPSUM CO.
Michael R. Gallagher, Esquire
Hauxhurst, Sharp, Mollison & Gallagher
630 Birkley Building
Cleveland, Ohio

THE FLINTKOTE CO.
William H. Wallace, Esquire
Thompson, Hime & Flory
1100 National City Bank Bldg.
Cleveland, Ohio  44114

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __3__

DOCKET NO. __269__  -- __ASBESTOS & ASBESTOS INSULATION MATERIAL PRODUCTS LIABILITY__

JAKIE R. STARNES, ET AL.  (A-39)
Paul T. Gillenwater, Esquire
Gillenwater, Whelchel & Roberts
6401 Baum Drive
Knoxville, Tennessee  37919

ELIZABETH MATTHEWS, ET AL.  (A-40)
Marlin Thompson, Esquire
Stephenson, Thompson & Dies
712 Division  Street
Orange, Texas  77630

AMERICAN MOTORISTS INSURANCE CO.
  (Intervenor in A-40)
William R. Powell, Esquire
Funderburk, Powell & Lee
Riviana Building
2777 Allen Parkway
Houston, Texas  77019

HERMAN YANDLE, ET AL.  (A-41)
Scott Baldwin, Esquire
Jones, Jones & Baldwin
Post Office Drawer 1249
Marshall, Texas  75670

LESTER KAY, ET AL.  (A-42)
WILLIAM B. McNEECE, JR.  (A-45)
Rex Houston, Esquire
Post Office Box 431
Henderson, Texas  75652

CORNEY JEAN (A-44)
William B. Baggett, Esquire
Post Office Box 1635
Lake Charles, LA  70601

SAM DOLCE (A-47)
EDWARD J. PALERMO (A-48)
Walter Umphrey, Esquire
Provost, Umphrey, Doyle & McPherson
Post Office Box  3837
Port Arthur, Texas 77640

GENERAL DYNAMICS
Hadleigh H. Howd, Esquire
Regnier, Moller & Taylor
41 Lewis Street
Hartford, Conn.  06103

PITTSBURGH PLATE GLASS CO.
Andrew O'Keefe, Esquire
36 Russ Street
Hartford, Connecticut  06106

PPG INDUSTRIES
David J. Armstrong, Esquire
Dickie, McCamey & Chilcote
3180 U. S. Steel Building
Pittsburgh, PA  15219

ASBESTOS CORPORATION LTD.
Thomas F. Campion, Esq.
Shanley & Fisher
550 Broad Street
Newark, New Jersey  07102

CASSIAR ASBESTOS CORPORATION LTD.
William B. McGuire, Esquire
Lum, Biunno & Tompkins
550 Broad Street
Newark, NJ  07102

ASBESTOS CORPORATION OF AMERICA, LTD.
Shanley & Fisher
570 Broad Street
Newark, NJ  07102

EASTERN REFRACTORIES
Robert G. Montstream, Esquire
65 Connecticut Boulevard
E. Hartford, Conn.  06108

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __4__

DOCKET NO. __269__ -- ASBESTOS & ASBESTOS INSULATION MATERIAL PRODUCTS LIABILITY

CLAUDE J. TALBOR (A-49)
James W. Mehaffy, Jr., Esquire
3350 Fannin Street
Beaumont, Texas  77701

CLAUDE A. DUNN (A-50)
WILLIAM D. LUKER, SR.  (A-51)
Joseph D. Jamail,  Esquire
Robert F. Stein, Esquire
Jamail & Gano

Houston, Texas  77002

OLGA ANN STRICKLAND, ETC. (A-52)
Robert L. Sharp, Jr., Esquire
1100 Leeland Avenue
Houston, Texas  77002

F. W. FARRER    (A-53)
E. A. KYBURZ, JR.  (A-54)
R. L. DICKEY    (A-55)
F. WESBERRY   (A-56)
E. B. BYERLY (A-57)
V. P. VIATOR   (A-58)
A. J. GASPARD (A-59)
J. B. FREEMAN   (A-60)
A. J. BURKE, JR. (A-61)
S. TRAHAN   (A-62)
H. J. PLITT   (A-63)
H. P. KIRCHNER   (A-64)
J. F. HOLTON   (A-65)
JAMES J. ROSENQUEST   (A-66)
JOHN R. WESBERRY (A-67)
Marvin B. Peterson, Esquire
Combs, Archer & Peterson
1220 Americana Building
811 Dallas Street
Houston, Texas  77002

AETNA CASUALTY & SURETY CO.
   (Intervenors in A-51)
Edward J. Hennessy, Esquire
Thurlow, Hennessy & Brook
Houston Bar Center Building
723 Main Street, Suite 520
Houston, Texas  77002

WESTINGHOUSE ELECTRIC
KEENE CORPORATION
ARMSTRONG CORK CO.
EAGLE-PICHER INDUSTRIES, INC.
CUMMINS INSULATION CO.
J. P. STEVENS
MEADE CORPORATION
W. N. Arnold, Jr., Esquire
Fulbright & Jaworski
8th Floor, Bank of the Southwest Bldg.
Houston, Texas  77002

DEFENSE APPAREL, INC.
F. Timothy McNamara, Esquire
102 Oak Street
Hartford,  Connecticut  06106

AMERICAN ASBESTOS TEXTILE CORPORATION
Thomas J. Shortell, Esquire
Updike, Kelly & Spellacy
One Constitution Plaza
Hartford, Conn.  06103

SOUTHERN ASBESTOS CO.
H. K. PORTER, INC.
H. K. PORTER CO., INC.
John R. FitzGerald, Esquire
Howard, Kohn, Sprague & Fitzgerald
229 Buckingham  Street
Hartford, Conn.  06106

UNIROYAL INC.
Thomas J. Groark, Jr., Esquire
Day, Berry & Howard
One Constitution Plaza
Hartford, Conn.  06103

CERTAIN-TEED PRODUCTS CORPORATION
Joseph J. Murphy, Esquire
Murphy, Murphy & Murphy, P.C.
2341 Pennsylvania Ave.
Philadelphia, PA  19130

Case MDL No. 269   Document 1   Filed 05/04/15   Page 19 of 32

DOCKET NO. _269__ -- ASBESTOS & ASBESTOS INSULATION MATERIAL PRODUCTS LIABILITY

---

PETROLEUM CASUALTY CO.
  (Intervenor in A-52)
Michael F. Smith, Esquire
4500 Dacoma
Post Office Box 2180
Houston, Texas 77001

INSURANCE COMPANY OF NORTH AMERICA
  (Intervenor in A-50)
Stephen W. Hanks, Esquire
Hanks & Winchester
720 Houston Bar Center Bldg.
723 Main Street
Houston, Texas 77002

THE TRAVELERS INSURANCE CO.
  (Intervenor in A-43)
George E. Murphy, Esquire
1205 San Jacinto Building
Beaumont, Texas 77701

TEXAS GENERAL INDEMNITY CO.
  (Intervenor A-45)
Gene Caldwell, Esquire
Saunders, Caldwell & Schmidt
345 Tyler Bank Building
Tyler, Texas 75701

FLOYD GUSTAFSON (A-14)
Paul J. Louisel, Esquire
1409 Alworth Building
Duluth, Minnesota 55802

FIBREBOARD CORPORATION
George A. Weller, Esquire
Weller, Wheelus & Green
Post Office Box 350
Beaumont, Texas 77704

OIL, CHEMICAL & ATOMIC WORKERS INTER-
  NATIONAL UNION
C. Edward Fowler, Jr., Esquire
Bailey, Williams, Westfall, Lee & Fowler
Suite 3900, 2001 Bryan Tower
Dallas, Texas 75201

ARMSTRONG CONTRACTING & SUPPLY CO.
Paul Q. O'Leary, Esquire
200-06 First National Bank Bldg.
Virginia, Minnesota 55792

METROPOLITAN LIFE INSURANCE CO.
Stryker, Tams & Dill
33 Washington Street
Newark, NJ 07102

LAKE ASBESTOS OF QUEBEC LTD.
Charles P. Caliendo, Esquire
Grunewald, Turk, Gillen & Caliendo
Woolworth Building
233 Broadway
New York, NY 10007

KEENE BUILDING PRODUCTS CORPORATION
D. E. York, Esquire
York, Bonezzi & Thomas
316 Bulkley Building
Cleveland, Ohio 44115

FORTY-EIGHT INSULATION, INC.
Louis C. Woolf, Esquire
McCampbell, Young, Bartlett, Woolf
  & Hollow
1000 Burwell Building
Post Office Box 550
Knoxville, Tenn. 37901

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _6_____

DOCKET NO. _269_ -- ASBESTOS & ASBESTOS INSULATION MATERIAL PRODUCTS LIABILITY

UNION CARBIDE CORPORATION
Erma G. Greenwood, Esquire
Post Office Box 629
Knoxville, Tenn.  37901

ROCKWOOL MFG CO.
William D. Vines, III, Esquire
810 Park Bank Building
Knoxville, Tenn.  37902

DR. LEE GRANT
Pike Powers, Esquire
Strong, Pipkin, Nelson, Parker & Powers
Post Office Box 1632 -- 1014
    San Jacinto Building
Beaumont, Texas  77704

ASBESTOS TEXTILE INSTITUTE
Wendell B. Alcorn, Jr., Esquire
Cadwalader, Wickersham & Taft
One Wall Street

RYDER INDUSTRIES
Clyde E. Braken, Jr., Esq.
Allen Knuths, Bracken & Short
932 Dallas Federal Savings Tower
8333 Douglas Avenue
Dallas, Texas  75225

THE CAPE ASBESTOS
NORTH AMERICAN ASBESTOS
EGNEP LTD.
Richard Bernays, Esquire
Touchstone, Bernays & Johnston
3033 First International Bldg.
Dallas, Texas  75270

UNITED STATES OF AMERICA
James P. Klapps, Esquire
U. S. Department of Justice
Room 904, Safeway Building
Washington, D. C.  20530

BELL'S ASBESTOS MINES LTD.
THETFORD MINES, P.Q., CANADA
William J. Brennan, III
Smith, Stratton, Wise & Heher
One Palmer Square
P.O. Box 1154
Princeton, New Jersey  08540

JPML FORM 2

# ATTORNEY LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 269 __ -- __IN RE ASBESTOS AND ASBESTOS MATERIAL PRODUCTS LIABILITY LITIGATION__

KIM A. BROWN (B-1)
VIVIAN L. RIDENOUR (B-2)
FREDERICK PAUL (B-3)
OMAR ALLVORD (B-4)
EDWIN W. C. KING (B-5)
GEORGE W. POOLE (B-6)
Melvin Friedman, Esquire
Kreindler & Kreindler
(See A-1 thru A-10)

EVELIO LOPEZ, ET AL. (B-7)
CHARLES BENDER (B-8)
MOSES JOYNER (B-9)
RUTH STRANGE HUTSON (B-10)
Louis S. Robles, Esquire
Robles & Walter
2525 S.W. 3rd Ave., Suite 201
Miami, Florida 33120

Frederick M. Baron, Esquire
8333 Douglas Avenue
Dallas, Texas 75225

ELIZABETH J. HALLINAN (B-11)
HATTIE PHELPS, ETC. (B-13)
JOHN MCKIMMIE (B-20)
FRANK R. ALLORE (B-21)
BILLY JOE STARNES (B-22)
EARL JACKSON GRICE (B-23)
Robert E. Sweeney, Esq
Sweeney, Mahon & Vlad
(See A-19 thru A-37)

EMMA RYDER, ETC. (B-12)
Sandor Korein, Esquire
Cohn, Carr, Korein,
  Kunin & Brennan
412 Missouri Avenue
East St. Louis, Ill. 62201

GORDON C. MUYLEART, ETC. (B-14)
Howard G. Goldberg, Esquire
Smith, Somerville & Case
███████ One Charles Center
Baltimore, Maryland 21201

WAYNE JOHNSON, ET AL. (B-15)
Paul D. Sherr, Esq.
August, Thompson, Sherr,
  & Miller
555 S. Woodward, 7th Fl.
Birmingham, MICH. 48011

RAYMOND BUROWES (B-16)
NORMAN NICHOLAS (B-17)
Patrick J. Foley, Esquire
Kelly & Foley
1101 N. 27th Street
Billings, Montana 59101

LILLIAN CICERO, ETC. (B-18)
Gaccione & Pomaco
484 Washington Avenue
Belleville, New Jersey 07109

JENNIE CONSLAVO, ETC. (B-19)
Balk, Jacobs, Golderger,
Mandell, Seligsohn & O'Connor
(See Counsel for A-15)

RICHARD J. PASTOR, ETC. (B-24)
David F. Binder, Esquire
Raynes, McCarty & Binder
1845 Walnut St.
Suite 2000
Philadelphia, Pa. 19103

DORIS A. GRAHAM (B-25)
Bradford Gorham, Esquire
58 Weybosset Street
Providence, Rhode Island 02903

CLARRY DONALD BROWN (B-26)
WAYNE B. DUCAN (B-27)
MARGARET F. TAYLOR (B-28)
SARA M. TAYLOR (B-29)
ROBERT W. QUATTLEBAUM (B-30)
BOBBY R. TAYLOR (B-31)
HAROLD LEE TAYLOR (B-32)
Terry E. Richardson, Jr., Esquire
Ronald L. Motley, Esquire
P. O. Box 365
Barnwell, South Carolina 29812

PRESTON A. VICE (B-33)
Walter Umphrey, Esquire
Provost, Umphrey, Doyle &
  McPherson
(See A-47 & A-48)

A. E. CONDRAY, (B-34)
CLIFTON C. CORKRAN (B-35)
Marlin Thompson, Esquire

(See A-40)

JPML FORM 2A -- Continuation

Attorney List -- p. _____

DOCKET NO. _____ -- _____

---

FANNIE WILKS (B-36)
John W. Swisher, Esquire
P.O. Box 2506
1012 Kanawah Boulevard, East
Charleston, West Virginia  25329

SHOOK & FLETCHER INSULATION CO.
James T. Haley, Esquire
266 Pearl Street
Hartford, Conn.  06103

ALPHA ASSOCIATES, INC.
Francis J. Wynn, Esq.
Gould, Killian &
   Krechevsky
37 Lewis St.
Hartford, Conn.

SEPCO CORP.
Box 10846
Birmingham, Alabama  35202

BRAND INSULATIONS, INC.
JACOBS ENGINEERING CO.
INSULATION SERVICES, INC.
THE BABCOCK & WILCOX CO.
John F. Woods, Jr., Esquire
P.O. Brawer 2688
Huntington, West Virginia  25726

CATALYTIC, INC.
C. F. Bagley, Esquire
R. G. McNeer, Esquire
401 11 th Street
Call Exchange Building
Huntington, West Virginia  25701

ROSS BROTHERS CONSTRUCTION CO.
FOSTER WHEELER CORPORATION
George S. Sharp, Esquire
1616 Charleston National Plaza
Charleston, West Virginia  25301

RYDER INDUSTRIES
Donald R. Hallmark, Esquire
2400 Two Shell Plaza
Houston, Texas  77002

BALDWIN EHRIT HILL, INC
   (Agent for Service)
Prentice-Hall, Corp. Systems
Little Field Building
Austin, Texas

---

KEASBEY-MATTISON
Tom B. Ramey, Jr., Esquire
Ramey, Flock, Hutchins,
   Grainger & Jeffers
P.O. Box 629
Tyler, Texas  75701

CLARENCE SIMPSON (B-37)
Robert D. Bates, Esquire
8320 Freeway
Suite 218
Houston, Texas  77017

RUBY STANCIL (B-38)
Paul Jensen, Esquire
711 State National Building
412 Main Street
Houston, Texas  77002

CAREY CANADIAN
Daniel H. Johnston, Jr., Esq.
Ross, Banks, May Cron & Cavin
Two Greenway Plaza East
Houston, Texas  77046

JOHN ARGESKIE (C-1)
Karl Asch, Esquire
(See (A-16)

METROPOLIAN ? LIFE INS. CO.
Stryker, Tams & Dill
33 Washington St.
Newark, N.J.  07102

Budd, Larner, Kent,
   Gross, Picillo & Rosenbaum
60 Park Place
Newark, N.J.  07102

Case MDL No. 269   Document 1   Filed 05/04/15   Page 23 of 32

DOCKET NO. __269___ --ASBESTOS & ASBESTOS INSULATION MATERIAL PRODUCTS LIABILITY

TEXACO, INC.
John A. Sieger, Esquire
Texaco, Inc.
1413 Texaco Building
P.O. Box 52332
Houston, Texas  77052

UNITED ASBESTOS, INC.
1155 Dorchester Boulevard
W. Montreal, Canada

ATLAS ASBESTOS CO.
Paul Parker, Esquire
416 Cumberland Ave., S.W.
Knoxville,  Tenn.  37902

FERRO CORPORATION
Vincent J. Dowling, Esquire
Cooney, Scully and Dowling
266 Pearl Street
Hartford, Conn.  06103

GLENN ALDEN/RAPID AMERICAN
(successor to Philip Carey Corp.)
Donald L. James, Esquire
Moser, Marsalek, Carpenter
  Cleary, Jaeckel, Keaney & Brown
330 Pierce Bldg.
St. Louis, Missouri  63102

JP Form 3

p. _1_

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __MDL-269--__  __IN RE ASBESTOS AND ASBESTOS INSULATION MATERIAL PRODUCTS__
dc                        __LIABILITY LITIGATION__

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| GENERAL DYNAMICS (Electric Boat Division) | A-1 B-1 |
| JOHN-MANVILLE CORP | A-1 — A-11; A-15; A-12; A-18; A-21 A-50 A-51 thru A-58 B-1 B-2 B-3 B-4 B5 B6 B7 B-24 B-25 |
| JOHN MANVILLE SALES CORP. | A-1 — A-16; A-18 ▬▬ B-1 B-2 B-3 B-4 B5 B6 ▬▬ B-24 C-1 |
| JOHN MANVILLE PRODUCTS CORP. | A-1 — A-10; A-12; A-13; A-14; A-19; A-20; A-22; A-23; A-24; A-25; A-26; A-27; A-28; A-29; A-30; A-31; A-32; A-33; A-34; A-35; A-36 A-37 A-38 A-40 A-43 A-46 A-47 A-48 A-49 B-1 B-2 B-3 B4 B5 B6 B-7 B-11 B-12 B-13 |
| OWENS CORNING FIBER-GLASS CORP. a/a/a Corning Glass Works | A-1 — A-10 A-12 A-14; A-19; A-24 — A-31 A-39 A-40 A-41 A-42 A-43 A-44 A-46 A-47 A-48 A-49 A-50 A-51 A-58 A-68 B-1 B-2 B-3 B-4 B-5 B6 B-7 B-8 B-9 B-10 B-13 B-20 B-23 B-26 B-27 B-28 B-29 B-30 B-31 B-32 B-33 ▬▬ |
| PITTSBURGH PLATE GLASS CO. | A-1 — A-10; B-1 B-2 B-3 B-4 B5 B6 ▬▬ B-13 |
| PPG INDUSTRIES | A-1 — A-10; A-41 A-42 A-43 A-44 B-1 B-2 B-3 B-4 B-5 B6 (B-7) |
| PITTSBURGH CORNING CORP. | A-1 — A-10 A-12; A-13; A-14; A-19 — A-37 A-39 A-41 A-46 A-47 A-48 A-49 A-50 A-51 thru A-68 B-2 B-3 B-4 B5 B6 B-7 B-8 B-9 B-10 B-20 B-23 B-26 B-27 B-28 B-29 B-30 B-31 B-32 B-33 B-34 B-37 |
| UNION ASBESTOS & RUBBER CO. a/k/a UNARCO | A-1 — A-10 A-12; A-13; A-14; A-19 — A-37 A-39 A-43 A-44 A-46 A-47 A-48 A-49 A-50 A-51 thru A-68 B-1 B-2 B-3 B-4 B5 B6 (B-7) B-8 B-9 B-10 B-13 B-20 B-23 B-26 B-29 B-30 B-31 B-32 B-33 B-34 B-35 B-37 |
| ASBESTOS CORP. LTD. | A-1 — A-10; B-1 B-2 B-3 B4 B5 B6 ▬▬ B-38 |
| J. P. STEVENS & CO., INC. | A-1 — A-10; B-1 B-2 B-3 B4 B5 B6 ▬▬ |

| Company | Items |
|---|---|
| EAGLE *PITCHER* IND. | a-1 – a-10; a-13; a-14 A-43 A-46 A-47 A-48 A-49 A-50 A-51 thru A-68 B-1 B-2 B-3 B-4 B5 B6 ~~B-7~~ B-26 B-27 B-28 B-29 B-30 B-31 B-32 B-33 B-34 B-35 B-37 |
| CASSIAR ASBESTOS CORP. LTD. | a-1 – a-10; a-16 B-1 B-2 B-3 B-4 B5 B6 ~~B-38~~ C-1 |
| ASBESTOS CORP. OF AMERICA | a-1 – a-10; a-16; a-18 B-1 B-2 B-3 B4 B5 B6 ~~~~ C-1 |
| UNITED ASBESTOS INC. | a-1 – a-10; B-1 B-2 B-3 B4 B5 B6 ~~~~ |
| MEADE CORP. | a-1 – a-10; B-1 B-2 B-3 B4 B5 B6 |
| BELLS ASBESTOS | a-1 – a-10; a-16; a-18 B-1 B-2 B-3 B4 B5 B6 ~~~~ B-39 C-1 |
| EASTERN REFRACTORIES | a-1 – a-10; B-1 B-2 B-3 B4 B5 B6 ~~~~ |
| WESTINGHOUSE ELECTRIC CORP. | a-1 – a-10 B-1 B-2 B-3 B4 B5 B6 ~~~~ |
| DEFENSE APPAREL, INC. | a-1 – a-10 |
| THE SOUTHERN ASBESTOS CO. | a-2 – a-10 B-1 B-2 B-3 B4 B5 B6 |
| AMERICAN ASBESTOS TEXTILE CORP. | a-1 – a-10 B-1 B-2 B-3 B4 B5 B6 ~~~~ |

JP Form 3

p. *3*

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. MDL-269 -- <u>IN RE ASBESTOS AND ASBESTOS INSULATION MATERIAL PRODUCTS</u>
  do                <u>LIABILITY LITIGATION</u>

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| FERRO CORP. | A-2 — A-10  B-1 B-2  B-3 B7 B5 B6 |
| H. K. PORTER CO., INC. | A-2 — A-10 B-1 B-3  B-3 B-4 B5 B6  B-36 B-35 |
| J. P. Stevens & Co. | A-2 — A-10 |
| UNIROYAL | A-2 — A-10 |
| RAYBESTOS MANHATTAN, INC. | A-2, A-3, A-12, A-16, A-19, A-21, A-22, A-24 A-25, A-26, A-27, A-28, A-29, A-30, A-30, A-31, A-32, A-33, A-34, A-35, A-36, A-37, A-38 A-39 B-1 B-8 B-9 B-10 B-13 B-20 B-21 B-26 B-27 B-28 B-29 B-30 B-31 B-32 B-36 |
| CUMMINGS INSULATION CO., INC. | A-2, A-3 |
| W. R. GOODWIN | A-11 |
| FRANCIS H. MAY | A-11 |
| J. A. MCKINNEY | A-11 |
| COMBUSTION ENGINEERING | A-12 A-13 A-14 A-19 A-20 A-21 A-22 A-23 A-24 A-25 A-26 A-27 A-28 A-29 A-30 A-31 A-32 A-33 A-34 A-35 A-36 A-37 A-39 A-46 A-47 A48 A-49 A-50 A-51 thru A-69 B-1 B-11 B-13 B-20 B-21 B-22 B-23 B-26, B-27, B-28, B-29, B-30, B-31 B-32 B-33 B-36 |

| | |
|---|---|
| STANDARD ASBESTOS & MFG & INSULATING CO. | Q-12, Q-13, Q-14, Q-31, Q-35, Q-36 Q-37 A-39 A-43 A-44 A-46 A-48 A-49 Q-50 A-51 thru A-63 B-7 B-13 B-20 B-21 B-22 B-26 B-27 B-28 B-29 B-30 B-31 B-33 B-34 B-35 B-36 B-37 |
| ARMSTRONG CORK CO. | Q-12, Q-13, Q-14, Q-19, Q-20, Q-21 Q-22, Q-23, Q-24 Q-25, Q-26, Q-27 Q-28, Q-29, Q-30, Q-32, Q-33 Q-34 Q-36, Q-37 A-39 A-40 A-43 A-49 A-46 A-51 thru A-63 B-7 B-8 B-9 B-10 B-11 B-12 |
| THE CELOTEX CORP. | Q-12 Q-19 Q-23 Q-24 Q-25 Q-26 Q-27 Q-28 Q-29 Q-30 Q-31 Q-32 Q-33 Q-34 Q-35 Q-36 Q-37 A-39 A-43 A-44 A-50 A-51 thru A-63 B-7 B-13 B- B-20 B-21 B-22 B-23 B-25 B-26 |
| CERTAIN TEED PRODUCTS CORP. | Q-12 Q-27 Q-28 Q-29 Q-30 Q-31 Q-32 Q-33 Q-34 Q-35 Q-36 A-39 B-7 B-13 |
| NICOLET IND, | Q-12 Q-23 Q-24 Q-25 Q-26 Q-27 Q-28 Q-29 Q-30 Q-31 Q-32 Q-33 Q-34 Q-35 Q-36 Q-37 A-39 B-7 B-13 B-20 B-21 B-22 B-23 B-26 B-27 B-28 B-29 B-30 B-31 B-35 |
| FIBREBOARD PAPER PRODUCTS | Q-13 Q-14 A-40 A-43 A-44 A-46 A-47 A-48 A-51 thru A-63 B-7 B-33 B-34 B-35 B-37 |
| ALDEN, GLENN OR RAPID Am.Cary or PHILIP CAREY CORP. | Q-13, Q-14, Q-15 A-40 A-46 A-47 A-48 A-49 A-50 B-38 |
| ARMSTRONG CONTRACTING & SUPPLY (ACANDS.) | Q-13, Q-14 A-46 A-47 A-48 A-49 |
| RUBEROID CO. | Q-13 Q-14 A-40 A-43 A-44 A-46 A-47 A-48 A-49 A-50 A-51 thru A-63 B-33 B-34 B-35 B-37 |
| ASBESTOS CORP. LTD. | Q-16 |
| METROPOLITAN LIFE INS. CO. | Q-16 |

JP Form 3

p. 5

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. MDL-269 -- IN RE ASBESTOS AND ASBESTOS INSULATION MATERIAL PRODUCTS
dc                         LIABILITY LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| LAKE ASBESTOS MINING OF QUBEC | A-16 C-1 |
| GAF CORP. | A-18; A-19 A-20 A-21 A-22 A-23 A-24 A-25 A-26 A-27 A-28 A-29 A-30 A-31 A-32 A-33 A-34 A-35 A-37 A-39 B-7 B-8 B-9 B-10 B-11 B-13 B-21 |
| NATIONAL GYPSUM | A-19 A-20 A-21 A-22 A-23 A-24 A-25 A-26 A-27 A-28 A-29 A-30 B-36 |
| THE FLINTKOTE CO. | A-18 A-19 A-20 A-21 A-22 A-23 A-24 A-25 A-26 A-27 A-28 A-29 A-30 A-31 A-32 A-33 A-34 A-35 A-36 A-37 A-39 B-7 B-8 B-9 B-10 B-13 B-20 B-32 B-21 B-22 B-23 B-26 B-27 B-28 B-29 B-30 B-31 |
| NICOLET INDUSTRIES | A-19 A-20 A-21 A-22 |
| KEENE CORP. | A-36 A-37 A-50 - A-51 - 66 B-7 B-8 B-9 B-10 B-20 B-21 B-22 B-23 B-36 B-37 |
| KEENE BUILDING PROD. CORP. | A-34 A-37 B-20 B-21 B-22 B-23 B-36 |
| FORTY EIGHT INSULATION INC. | A-36 A-37 A-39 B-26 B-27 B-28 B-29 B-30 B-31 |
| ATLAS ASBESTOS CO. | A-37 A-39 B-14 B-22 B-23 B-26 B-27 B-28 B-29 B-30 B-31 B-32 |
| UNION CARBIDE | A-39 B-7 B-8 B-9 B-10 B-36 |

| | |
|---|---|
| ROCK WOOL MFG. CO., INC. | A-39 B-22 B-23 B-26 B-27 B-28 B-29 B-30 B-31 B-32 |
| DR. LEE GRANT | A-41   A-42 |
| THE INDUSTRIAL HEALTH CORP.  Dead | A-41   A-42 |
| ASBESTOS TEXTILE INSTITU. | A-41   A-42 |
| UNITED STATES OF AMERICA | A-45 |
| RYDER IND. | A-46 |
| PABCO IND. PRODUCTS | A-50   A-51 thru A-66 B-37 |
| KEENE CORP.  Duplicate. | A-50   A-51 thru A-66 |
| Tepaco, Inc. | A-48 |
| Oil, Chemical, & Atomic Intl. Union. | A-42 |
| | |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _269_ -- <u>IN RE ASBESTOS AND ASBESTOS INSULATION MATERIAL PRODUCTS</u>
<u>LIABILITY LITIGATION</u>

| Name of Party | Named as Party in Following Actions |
|---|---|
| SHOOK & FLETCHER INSULATION CO. | B-1  B-2  B-3  B-4  B-5  B-6 |
| SEPCO CORP. | B-1  B-2  B-3  B-4  B-5  B-6 |
| Johns Manville Second | B-15  B-16  B-17  B-18  B-19  B-20  B-21  B-22  B-23  B-24  B-26  B-27  B-28  B-29  B-30  B-31  B-32  B-33  B-34  B-35  B-36  B-37  C-1 |
| Armstrong Cork Co Second | B-20  B-21  B-22  B-23  B-26  B-27  B-28  B-29  B-30  B-31  B-32  B-33  B-34  B-35  B-36 |
| Celotex Second | B-26  B-27  B-28  B-29  B-30  B-31  B-32  B-36  B-37 |
| Owens Corning Fiberglas | B-33  B-34  B-35  B-36  B-37 |
| Celatex Second | B-33  B-34  B-35 |
| Nardetic Cork Not Served | B-33 |
| Ryder Industries | B-33 |
| Baldwin Ehret Hill, Inc | B-33 |
| Keasbey-Mattison | B-33 |

p. _8_

| | |
|---|---|
| Pgh. Corning, Corp. | B-35 |
| Brand Insulation | B-36 |
| Catalytic, Inc | B-36 |
| Jacobs Engineering | B-36 |
| Insulation Sves | B-36 |
| The Babcock & Wilcox Co. | B-36 |
| Boss Brother Construction Co. | B-36 |
| Foster Wheeler. | B-36 |
| ~~Armier~~ Asbestos . | B-37 |
| ~~illegible~~ | ~~illegible~~ |
| Carey Canadan | B-38 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Industrial Prod. Corp. | B-37 |
| Metropolitan Life Ins. Co. | C-1 |
| Canadian Johns-Manville Mining Co. | C-1 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |